GEORGE C. WILLIAMS, PLAINTIFF-RESPONDENT, v. JAMES SMITH, DEFENDANT-APPELLANT.

Argued October 24, 1967—Decided February 5, 1968.

*Mr. William D. Dilks* argued the cause for appellant.

*Mr. William E. Hughes* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the Per Curiam opinion in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.